# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No.: 1:19-cr-00047 |
| v. ) | |
| ) | |
| ASHLEY NICHOLE FIRESTONE ) | |
| ) | |
| Defendant ) | |

## FEDERAL PUBLIC DEFENDER'S RESPONSE REGARDING PRO SE MOTION FOR COMPASSIONATE RELEASE

On November 20, 2020, Ashley Firestone filed a *pro se* motion for compassionate release. ECF No. 400. Pursuant to Supplement to Standing Order 2019-1, undersigned counsel was appointed to her case. After further review, the Office of the Federal Public Defender will not file supplemental briefing on Ms. Firestone's behalf. This pleading is not intended to detract from Ms. Firestone's *pro se* motion or provide commentary on its merits.

Respectfully Submitted,

s/*John T. Stanford*
John T. Stanford
Assistant Federal Public Defender
201 Abingdon Place
Abingdon, VA 24211
(276) 619-6089
john_stanford@fd.org
NC Bar No. 51664

## CERTIFICATE OF SERVICE

I hereby certify that on December 14th, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the Assistant United States Attorney.

s/<u>*John T. Stanford*</u>